**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| MCHENRY COUNTY and KANKAKEE COUNTY, bodies politic and corporate, | ) ) ) |
| | ) Case No. 21-cv-50341 |
| *Plaintiffs,* | ) ) |
| | ) Judge Phillip G. Reinhard |
| v. | ) |
| | ) Magistrate Judge Lisa A. Jensen |
| KWAME RAOUL, in his official capacity as Illinois Attorney General, | ) ) |
| | ) |
| *Defendant.* | ) ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**

Proposed *amici* are non-profit legal and community organizations that represent and advocate on behalf of immigrant communities in Illinois. Proposed *amici* respectfully move for leave to file the attached brief in support of the Defendant Illinois Attorney General in opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF 10). On October 14, 2021, counsel for *amici* contacted counsel for both Plaintiffs and Defendant by electronic mail, and both parties do not oppose *amici* filing a brief in this matter. For the reasons set forth below, the motion should be granted.

**I.  Interests of *Amici Curiae***

Proposed *amici* have a broad range of experience with the issues presented in this case. They represent immigrant clients and communities who have been detained for federal immigration proceedings in county facilities in Illinois including in McHenry and Kankakee counties. They have spent years advocating on behalf of these detained individuals and their

1

communities before local, state, and federal government and have represented them in immigration legal proceedings in court and supported detained immigrants' families. This case implicates proposed *amici*'s core missions and core expertise.

The **National Immigrant Justice Center (NIJC)** is a program of Heartland Alliance, which provides direct legal representation, impact litigation and advocacy on behalf of immigrants, refugees and asylum seekers. NIJC, through its staff of attorneys, paralegals and a network of over 1,500 pro bono attorneys, provides free or low-cost legal services to immigrants, including detained non-citizens in Illinois housed in McHenry and Kankakee counties. NIJC worked alongside community and national partners as well as Illinois legislators to recommend provisions to be included in the Illinois Way Forward Act. NIJC also advocates with the federal government regarding ICE's use of detention, conditions in detention facilities, and in support of just and fair processes surrounding contract terminations and closures of ICE facilities.

The **Interfaith Community for Detained Immigrants (ICDI)** is a Chicago-based, non-profit organization that serves immigrants who are detained or have recently been released from detention. For over 15 years, ICDI has provided spiritual care, accompaniment, hospitality, case management services, and financial support for thousands of immigrants across the Midwest, including to individuals detained at McHenry County Jail and Jerome Combs Detention Center. ICDI houses of hospitality are living proof that detention is not necessary—it provides housing that is safer and more respectful of human rights while saving money for the U.S. taxpayer. Hundreds of active volunteers engage with the organization to live out their faith by welcoming the stranger, and their lives are enriched by it.

**Connect Kankakee** is a grassroots non-profit organization that set out to promote, nurture, and defend cultural, ethnic and racial diversity in the Kankakee County area. When Kankakee County officials chose to augment funding of county government by jailing those detained by ICE for profit at Jerome Combs Detention Center in Kankakee, the organization initiated multiple initiatives to educate the community and lobby elected officials to end this contract. Connect Kankakee also helped solicit support for the Illinois Way Forward Act. The organization regularly calls on elected representatives to support immigration reform, speaks at Kankakee County board meetings, organizes public demonstrations, and responds to the needs of individuals and the families of those affected by ICE detention in Kankakee. One of Connect Kankakee's elected board members is an individual formerly detained by ICE who has courageously documented the atrocious conditions he experienced there.

The **Illinois Coalition for Immigrant and Refugee Rights (ICIRR)** is the state's largest multiethnic immigrant advocacy organization. ICIRR is dedicated to promoting the rights of immigrants and refugees to full and equal participation in the civic, cultural, social, and political life of our diverse society. ICIRR has advocated on the local, state, and federal level for legislative and administrative policies that uphold the dignity of immigrants by protecting them from deportation and detention, including its successful campaign to win enactment of the Illinois Way Forward Act. ICIRR also advocates for just and fair closures of immigration detention facilities statewide.

**Organized Communities Against Deportations (OCAD)** is an undocumented-led non-profit organization that supports immigrant communities, families, and individuals facing deportations, detention, criminalization, and incarceration in the Chicago area. Through grassroots organizing, policy work, community litigation and cross-movement building, OCAD aims to

3

defend immigrant communities. OCAD challenges the need for the detention of immigrants which results in dehumanization of immigrants and it supports release of immigrants from detention. OCAD has filed lawsuits against detention centers to challenge deleterious detention conditions and a lack of medical services, including against McHenry County Jail and Jerome Combs Detention Center.

**Southern Illinois Immigrant Rights Project (SIIRP)** is a volunteer group based in Carbondale, Illinois. SIIRP was formed in 2017 to respond to immigrant community needs and did so by distributing Know Your Rights information, fundraising, and advocacy. Prior to the termination of the Pulaski County contract with ICE, SIIRP exchanged letters and calls with individuals at Pulaski County Detention Center to provide support and information about resources. Members also helped provide support to people who were released from detention and needed transportation for safe release and reunification with their loved ones.

### Proposed *Amici*'s Brief Is Useful to the Court

The attached brief provides the following to the Court: further detail regarding Plaintiffs' obligations and current spending practices under its contracts with ICE; critical missing information regarding the process that occurs after a contract with ICE is terminated; and, explanation of the various provisions of the Illinois Way Forward Act so that this Court can view Plaintiffs' argument in context of the benefits extended to immigrants and all Illinois communities in the legislation. This information is helpful to this Court as it considers the veracity and severity of the harms Plaintiffs' allege they will suffer without a preliminary injunction and the balance of these harms against those that the State and immigrant communities will suffer if an injunction is ordered.

## CONCLUSION

For the foregoing reasons, proposed *amici* respectfully request that the Court grant them leave to file the attached brief in support of Defendant Illinois Attorney General in opposition to Plaintiffs' motion for a preliminary injunction.

Dated: October 18, 2021

Respectfully submitted,

/s/   Mark Fleming
Mark Fleming
Nayna Gupta
Sarah Thompson
National Immigrant Justice Center
208 South LaSalle Street, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 660-1370
Facsimile: (312) 660-1505
mfleming@heartlandalliance.org
ngupta@heartlandalliance.org
sthompson@heartlandalliance.org

*Counsel for Amici*

**CERTIFICATE OF SERVICE**

I, Mark Fleming, hereby certify that on October 18, 2021 I caused a true and correct copy of the foregoing Unopposed Motion for Leave to File an Amicus Brief to be filed and served on all participants in this case via the court's CM/ECF system.

Dated:  October 18, 2021                        Respectfully submitted,

                                           /s/   Mark Fleming

                                         Mark Fleming
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, Illinois 60604
Telephone: (312) 660-1370
Facsimile: (312) 660-1505
mfleming@heartlandalliance.org

6