**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

|  |  |
|---|---|
| MCHENRY COUNTY and KANKAKEE COUNTY, bodies politic and corporate,<br><br>*Plaintiffs,*<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General,<br><br>*Defendant.* | )<br>)<br>)<br>)  Case No. 21-cv-50341<br>)<br>)  Judge Philip G. Reinhard<br>)<br>)  Magistrate Judge Lisa A. Jensen<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MARK FLEMING

I, Mark Fleming, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am the Associate Director of Litigation at the National Immigrant Justice Center (NIJC), a program of Heartland Alliance.

3.     On September 30, 2021, Plaintiffs filed their motion for a preliminary injunction, which included affidavits from Kankakee County Sheriff Downey and McHenry County Sheriff Prim. ECF No. 10-1.

4.     In their affidavits, both Sheriffs state that revenue generated from the federal detention agreements are used to fund many aspects of county government. ECF No. 10-1, ¶ 4.

5.     Both Sheriffs also estimate in their affidavits how many staff members they will need to layoff if their respective federal detention agreements are terminated. ECF No. 10-1, ¶ 6.

1

6. On October 6, 2021, on behalf of NIJC, I filed state FOIA requests to both Sheriff's offices and the respective County Boards seeking records that show how the revenue from the federal detention agreements are used and records that support the estimated staff layoffs. Attachment 1 hereto contains copies of the FOIA requests NIJC submitted on October 6, 2021.

7. On October 14, 2021, the Kankakee County Sheriff's office requested a five business day extension in part because "the request requires the collection of a substantial number of specified records." Attachment 2 hereto contains a copy of the Kankakee County Sheriff's Office's extension request dated October 14, 2021.

8. The Kankakee County Sheriff's Office did not provide the records Sheriff Downey presumably relied upon to submit a sworn statement to this Court that the detention agreement's revenue is used to fund other aspects of county government, and that termination of the agreement will require an estimated 25 staff layoffs. ECF 10-1, Affidavit of Michael Downey, ¶¶ 4, 6.

9. On October 14, 2021, the McHenry County Sheriff's Office substantively responded to the FOIA Request. Attachment 3 hereto contain a copy of the McHenry County Sheriff's Office's FOIA response.

10. The FOIA response shows that the McHenry County Sheriff's Office spends between $25.55 per detainee per day and $52.42 per detainee per day on the custody and care of each federal detainee under the detention agreement. *See* Attachment 3, at 14, 17.

11. The McHenry County Sheriff's Office, however, receives from the federal government $95 per detainee per day—the money for which is intended for the custody and care of federal detainees held under the federal detention agreement. ECF No. 7-1, at 1.

12.     Accordingly, McHenry County is reaping anywhere from a 45 percent to 74 percent profit margin off of each federal detainee under the agreement—millions of federal dollars each year that are improperly being used to subsidize other aspects of county government.

13.     Finally, the McHenry County Sheriff's Office provided a copy of a 2019 McHenry County Adult Correctional Facility Staffing Analysis. See Attachment 3, at 21-49.

14.     It is unclear how the 2019 staffing analysis was relevant to reaching the estimate of how many staff layoffs would be needed if the Immigration and Customs Enforcement (ICE) rider to the federal detention agreement is terminated in early 2022, particularly because the COVID pandemic over the past year and a half significantly reduced ICE's use of its rider on the detention agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct to the best of my knowledge, information, and belief.


___10/18/2021_____                              _____s/ Mark Fleming_____
          Date                                                          Mark Fleming