# Attachment 1

**NATIONAL
IMMIGRANT
JUSTICE CENTER**
A **HEARTLAND ALLIANCE** PROGRAM

October 6, 2021

FOIA Officer
Kankakee County Board
189 E Court St #1
Kankakee, IL 60901

*Sent via email to* [auditor@k3county.net](mailto:auditor@k3county.net)

**Re: Freedom of Information Act Request**

Dear FOIA Officer:

Under the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140, I am requesting copies of the public records in the possession of the Kankakee County Board relating to claims made in the Affidavit of Michael Downey, elected Sheriff of Kankakee County, filed September 30, 2021 in the case of *McHenry County and Kankakee County v. Kwame Raoul*, Case No. 21-cv-50341 (N.D. Ill. filed Sept.1, 2021). I have attached a copy of Sheriff Downey's affidavit to this request.

1. All documents, communications, and records that reflect what portion of the revenue generated by the Intergovernmental Service Agreement[1] is used to fund the custody and care of federal detainees under the agreement and what portion of the revenue is used to fund other aspects of county government, as described in paragraph 4 of Sheriff Downey's affidavit.

2. All documents, communications, and records that support the claim in paragraph 6 of Sheriff Downey's affidavit where he states "I estimate that I will need to lay off 25 full-time corrections officers and medical and clerical staff if the agreement [i.e., the Intergovernmental Service Agreement to house federal detainees] is terminated or the county is prohibited from renewing it."

We request that responsive records be produced in an electronic format, preferably in a portable document format (PDF).

---

[1] *See* the agreement between the Kankakee County Detention Center and U.S. Marshals Service. USMS IGA Contract - Kankakee County, [https://www.documentcloud.org/documents/21071121-kankakee-contract](https://www.documentcloud.org/documents/21071121-kankakee-contract).

Should you deny our request, or any part of the request, please state in writing the basis for the denial, including the specific exemption claimed to authorize the denial under 5 ILCS 140/7; 5 ILCS 140/9. In addition, should you claim exemption for a record which also contains any material which is not exempt, we request that you delete the information which is exempt and make the remaining available to us, as required by 5 ILCS 140/7.

The National Immigrant Justice Center (NIJC) is a non-profit, which represents the rights of immigrants and disseminates information and reports to educate the public on immigration policy matters. We request a waiver of all fees for this request. Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in our commercial interest. 5 ILCS 140/6(c).

We look forward to hearing from you in writing within five working days, as required by the Act, 5 ILCS 140/3(d). If you have any questions regarding this request, please contact Mark Fleming at (312) 660-1628 or mfleming@heartlandalliance.org.


Sincerely,

/s/ Mark Fleming
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
(t): 312-660-1628
Email: mfleming@heartlandalliance.org

**NATIONAL
IMMIGRANT
JUSTICE CENTER**
A **HEARTLAND ALLIANCE** PROGRAM

October 6, 2021

FOIA Officer
Kankakee County Sheriff's Office
3000 South Justice Way
Kankakee, IL, 60901

*Sent via email to* [bpowell@k3county.net](mailto:bpowell@k3county.net)

**Re: Freedom of Information Act Request**

Dear FOIA Officer:

Under the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140, I am requesting copies of the public records in the possession of the Kankakee County Board relating to claims made in the Affidavit of Michael Downey, elected Sheriff of Kankakee County, filed September 30, 2021 in the case of *McHenry County and Kankakee County v. Kwame Raoul*, Case No. 21-cv-50341 (N.D. Ill. filed Sept.1, 2021).  I have attached a copy of Sheriff Downey's affidavit to this request.

1. All documents, communications, and records that reflect what portion of the revenue generated by the Intergovernmental Service Agreement[1] is used to fund the custody and care of federal detainees under the agreement and what portion of the revenue is used to fund other aspects of county government, as described in paragraph 4 of Sheriff Downey's affidavit.

2. All documents, communications, and records that support the claim in paragraph 6 of Sheriff Downey's affidavit where he states "I estimate that I will need to lay off 25 full-time corrections officers and medical and clerical staff if the agreement [i.e., the Intergovernmental Service Agreement to house federal detainees] is terminated or the county is prohibited from renewing it."

We request that responsive records be produced in an electronic format, preferably in a portable

---

[1] *See* the agreement between the Kankakee County Detention Center and U.S. Marshals Service. USMS IGA Contract - Kankakee County, [https://www.documentcloud.org/documents/21071121-kankakee-contract](https://www.documentcloud.org/documents/21071121-kankakee-contract).

document format (PDF).

Should you deny our request, or any part of the request, please state in writing the basis for the denial, including the specific exemption claimed to authorize the denial under 5 ILCS 140/7; 5 ILCS 140/9. In addition, should you claim exemption for a record which also contains any material which is not exempt, we request that you delete the information which is exempt and make the remaining available to us, as required by 5 ILCS 140/7.

The National Immigrant Justice Center (NIJC) is a non-profit, which represents the rights of immigrants and disseminates information and reports to educate the public on immigration policy matters. We request a waiver of all fees for this request. Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in our commercial interest. 5 ILCS 140/6(c).

We look forward to hearing from you in writing within five working days, as required by the Act, 5 ILCS 140/3(d). If you have any questions regarding this request, please contact Mark Fleming at (312) 660-1628 or mfleming@heartlandalliance.org.


Sincerely,

/s/ Mark Fleming
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
(t): 312-660-1628
Email: mfleming@heartlandalliance.org

# NATIONAL IMMIGRANT JUSTICE CENTER
## A **HEARTLAND ALLIANCE** PROGRAM

October 6, 2021

Scott Hartman
FOIA Officer
McHenry County Board
McHenry County Administration
Woodstock, IL 60098

*Sent via email to CountyAdmin@mchenrycountyil.gov*

**Re: Freedom of Information Act Request**

Dear FOIA Officers:

Under the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140, I am requesting copies of the public records in the possession of the McHenry County Board relating to claims made in the Affidavit of Bill Prim, elected Sheriff of McHenry County, filed September 30, 2021 in the case of *McHenry County and Kankakee County v. Kwame Raoul*, Case No. 21-cv-50341 (N.D. Ill. filed Sept.1, 2021). I have attached a copy of Sheriff Prim's affidavit to this request.

1. All documents, communications, and records that reflect what portion of the revenue generated by the Intergovernmental Service Agreement[1] is used to fund the custody and care of federal detainees under the agreement and what portion of the revenue is used to fund other aspects of county government, as described in paragraph 4 of Sheriff Prim's affidavit.

2. All documents, communications, and records that support the claim in paragraph 6 of Sheriff Prim's affidavit where he states "I estimate that I will need to lay off 7 full-time corrections officers if the agree [i.e., the Intergovernmental Service Agreement to house federal detainees] is terminated."

We request that responsive records be produced in an electronic format, preferably in a portable document format (PDF).

Should you deny our request, or any part of the request, please state in writing the basis for the

---

[1] *See* the agreement between the McHenry County Detention Center and U.S. Marshals Service. USMS IGA Contract - McHenry County, https://www.documentcloud.org/documents/21071119-mchenry-contract.

denial, including the specific exemption claimed to authorize the denial under 5 ILCS 140/7; 5 ILCS 140/9. In addition, should you claim exemption for a record which also contains any material which is not exempt, we request that you delete the information which is exempt and make the remaining available to us, as required by 5 ILCS 140/7.

The National Immigrant Justice Center (NIJC) is a non-profit, which represents the rights of immigrants and disseminates information and reports to educate the public on immigration policy matters. We request a waiver of all fees for this request. Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in our commercial interest. 5 ILCS 140/6(c).

We look forward to hearing from you in writing within five working days, as required by the Act, 5 ILCS 140/3(d). If you have any questions regarding this request, please contact Mark Fleming at (312) 660-1628 or mfleming@heartlandalliance.org.


Sincerely,

/s/ Mark Fleming
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
(t): 312-660-1628
Email: mfleming@heartlandalliance.org

# NATIONAL IMMIGRANT JUSTICE CENTER
## A **HEARTLAND ALLIANCE** PROGRAM

October 6, 2021

Duane Cedergren
Gail Bruens
FOIA Officers
McHenry County Sheriff's Office
Woodstock, IL 60098

*Sent via email to FOIAsheriff@mchenrycountyil.gov*

**Re: Freedom of Information Act Request**

Dear FOIA Officers:

Under the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140, I am requesting copies of the public records in the possession of the McHenry County Board relating to claims made in the Affidavit of Bill Prim, elected Sheriff of McHenry County, filed September 30, 2021 in the case of *McHenry County and Kankakee County v. Kwame Raoul*, Case No. 21-cv-50341 (N.D. Ill. filed Sept.1, 2021). I have attached a copy of Sheriff Prim's affidavit to this request.

1. All documents, communications, and records that reflect what portion of the revenue generated by the Intergovernmental Service Agreement[1] is used to fund the custody and care of federal detainees under the agreement and what portion of the revenue is used to fund other aspects of county government, as described in paragraph 4 of Sheriff Prim's affidavit.

2. All documents, communications, and records that support the claim in paragraph 6 of Sheriff Prim's affidavit where he states "I estimate that I will need to lay off 7 full-time corrections officers if the agree [i.e., the Intergovernmental Service Agreement to house federal detainees] is terminated."

We request that responsive records be produced in an electronic format, preferably in a portable document format (PDF).

Should you deny our request, or any part of the request, please state in writing the basis for the denial, including the specific exemption claimed to authorize the denial under 5 ILCS 140/7; 5

---

[1] *See* the agreement between the McHenry County Detention Center and U.S. Marshals Service. USMS IGA Contract - McHenry County, https://www.documentcloud.org/documents/21071119-mchenry-contract.

ILCS 140/9.  In addition, should you claim exemption for a record which also contains any material which is not exempt, we request that you delete the information which is exempt and make the remaining available to us, as required by 5 ILCS 140/7.

The National Immigrant Justice Center (NIJC) is a non-profit, which represents the rights of immigrants and disseminates information and reports to educate the public on immigration policy matters.  We request a waiver of all fees for this request. Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in our commercial interest. 5 ILCS 140/6(c).

We look forward to hearing from you in writing within five working days, as required by the Act, 5 ILCS 140/3(d). If you have any questions regarding this request, please contact Mark Fleming at (312) 660-1628 or mfleming@heartlandalliance.org.


Sincerely,

/s/ Mark Fleming
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
(t): 312-660-1628
Email: mfleming@heartlandalliance.org