# Attachment 2



KANKAKEE COUNTY SHERIFF'S POLICE DEPARTMENT

3000 SOUTH JUSTICE WAY

KANKAKEE, IL 60901

815-802-7100

October 14, 2021

Dear Mr. Mark Fleming,

I am in receipt of your Freedom of Information Request in reference to information about 1) All documents, communications, and records that reflect what portion of the revenue generated by the Intergovernmental Service Agreement [1] is used to fund the custody and care of federal detainees under the agreement and what portion of the revenue is used to fund other aspects of county government, as described in paragraph 4 of Sheriff Downey's affidavit. 2) All documents, communications, and records that support the claim in paragraph 6 of Sheriff Downey's affidavit where he states "I estimate that I will need to lay off 25 full-time corrections officers and medical and clerical staff if the agreement [i.e., the Intergovernmental Service Agreement to house federal detainees] is terminated or the county is prohibited from renewing it."

Please consider this a formal request for a 5-day extension as provided by F.O.I.A. for the following reasons.

    (i) the requested records are stored in whole or in part at other locations than the office having charge of the requested records;

    (ii) the request requires the collection of a substantial number of specified records:

    (v) the requested records require examination and evaluation by personnel having the necessary competence and discretion to determine if they are exempt from disclosure under Section 7 of this Act or should be revealed only with appropriate deletions;

    (vii) there is a need for consultation, which shall be conducted with all practicable speed, with another public body or among two or more components of a public body having a substantial interest in the determination or in the subject matter of the request.

The records will be made available or a denial will be forthcoming by October 21, 2021. If you have any questions, give me a call.

Sincerely,
Becky Powell
Kankakee County Sheriff's Department
FOIA Officer