**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: McHenry County and Kankakee County v. Kwame Raoul, Illinois Attorney General

Case Number: 21-cv-50341

An appearance is hereby filed by the undersigned as attorney for:

National Immigrant Justice Center and amici

Attorney name (type or print): Mark Fleming

Firm: National Immigrant Justice Center

Street address: 224 S. Michigan Avenue, Suite 600

City/State/Zip: Chicago, IL 60604

Bar ID Number: NY# 4487534
(See item 3 in instructions)

Telephone Number: 312-660-1628

Email Address: mfleming@heartlandalliance.org

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/20/2021

Attorney signature:  S/ Mark Fleming

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015