# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

McHenry County, et al.

                        Plaintiff,

v.                                                   Case No.: 3:21−cv−50341

                                                      Honorable Philip G. Reinhard

Kwame Raoul

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 27, 2021:

      MINUTE entry before the Honorable Philip G. Reinhard: The Detention Services Intergovernmental Agreements ("Agreements") entered by both McHenry and Kankakee Counties which are the subject of this litigation contain the following provision: "The Federal Government shall be notified, in writing, of all litigation pertaining to this Agreement and provided copies of any pleading filed or said litigation within five (5) working days of the filing." On or before October 29, 2021, plaintiffs shall file copies of the written notices they provided to the Federal Government pursuant to this provision of the Agreements concerning this litigation. Electronic notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.