UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

McHenry County and Kankakee Co ,

Plaintiff(s),

v.

Kwame Raoul ,

Defendant(s).

Case No. 21-CV-50341

Magistrate Judge Lisa A. Jensen

## JOINT INITIAL STATUS REPORT

The parties submit this joint initial status report in advance of the initial status hearing set for Not set at this time .

All parties who have appeared shall join in the filing of this initial status report. An initial status report must still be filed even if filed unilaterally.

**1. Nature of the Case Including Legal Issues, Factual Issues, and Affirmative Defenses.**

For claims by or against only some parties, identify which.

McHenry County and Kankakee County ("Plaintiffs") filed this lawsuit against the Illinois Attorney General Kwame Raoul challenging the constitutionality of sections 15 and 30 (b) of the Illinois Way Forward Act (805 ILCS 5/15(g)(1), (2), (30)(b)) ("Act"). The Plaintiffs' Complaint (Dkt. 7) asserts two legal claims: federal intergovernmental immunity and preemption. Plaintiffs have filed a motion for preliminary injunction (Dkt 9, 10) to enjoin enforcment of Section 15(g) of the Way Forward Act while the underlying claim is being litigated. The Defendant moved to dismiss the Complaint for failure to state a claim upon which relief can be granted, arguing that the intergovernmental immunity doctrine is inapplicable and the Act is not preempted by federal law.

**2. Parties and Service**

Identify each individual plaintiff:

McHenry County

Kankakee County

Identify each individual defendant and the status of service. If more space is needed, attach additional pages to the end of this report.

| Defendant | Date Served | Date Appeared | Answer Due or Date Answered |
|---|---|---|---|
| Illinois Attorney General K. Raoul | 9/20/2021 | 10/6/2021 | 10/18/2021 |

For each defendant not served, describe the efforts to serve that defendant. If more space is needed, attach additional pages to the end of this report.

| Defendant | Efforts to Serve |
|---|---|
| | |

List any potential party the defendant(s) may seek to add as a third-party defendant.

| Third-Party Defendant | Basis of Liability |
|---|---|
| | |

3. **Status of Settlement Discussions and the Potential for Settlement**

Because of the constitutional questions raised in the Complaint, the parties believe that settlement is not likely. To date, the parties have not had any settlement discussions.

4.  **Identify any Parallel Cases (including but not limited to possible MDL litigation, underlying criminal proceedings, or related litigation).**

| Case Name | Case # | Court | Nature of Proceeding |
|---|---|---|---|
| | | | |

5.  **Identify all Pending or Anticipated Motions**

| Motion (including docket number if already filed) | Date Filed or Anticipated |
|---|---|
| Dkts. 9, 10 Plaintiffs' Motion/Memo for a Preliminary Injunction | 9/30/21 |
| Dkts. 23, 24 Defendant's Motion/Memo to Dismiss | 10/18/21 |
| Dkt. 22 Defendant's Motion to Strike References to 30(b) | 10/18/21 |

6.  **Discovery**

During the initial status hearing the Court will likely set a deadline for submitting a proposed case management order at a later date. To help guide that discussion, the parties shall provide their best estimates formed after reasonable investigation and inquiry of the amount and scope of discovery in response to the following questions:

The plaintiff(s) anticipate(s) taking about 10 depositions of fact witnesses.

For claims involving medical conditions, the plaintiff has about ___ treaters who are either (check one) ○ all located in or near the Rockford/Chicago areas, or ○ includes treaters located outside the Rockford and Chicago areas such as _____.

The plaintiff(s) (check one) ○ anticipate(s) using about ___ retained expert witnesses, or ⊙ do(es) not anticipate retaining expert witnesses.

The defendant(s) anticipate(s) taking about 10 depositions of fact witnesses. That number does not include any of the depositions the plaintiff(s) anticipate(s).

The defendant(s) (check one) ○ anticipate(s) using about ___ retained expert witnesses, or ⊙ do(es) not anticipate retaining expert witnesses.

The parties anticipate that fact discovery (which includes treating physician depositions) will take about 8 months.

**7.     Consent to the Magistrate Judge**

(Must check one)

○ All parties have appeared and will file a written consent to proceed before the Magistrate Judge for all purposes.

⦿ Not all parties will consent to proceed before the Magistrate Judge.

PLAINTIFF(S)
McHenry and Kankakee Counties

DEFENDANT(S)
Illinois Attorney General Kwame Raoul

By:
Jana Blake Dickson
Assistant State's Attorney
jeblake@mchenrycountyil.gov

By:
Eileen E. Boyle Perich
Assistant Attorney General
eileen.boyleperich@ilag.gov

Rev. 4/19/2019