# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

McHenry County, et al.

                        Plaintiff,

v.                                                      Case No.: 3:21–cv–50341
                                                          Honorable Philip G. Reinhard

Kwame Raoul

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 17, 2021:

      MINUTE entry before the Honorable Philip G. Reinhard: On or before November 22, 2021, the parties shall each file a supplemental memorandum addressing the following: 1)The application of Murphy v. NCAA, 138 S. Ct. 1461 (2018) to this case, discussing both its application of the anticommandeering doctrine and its discussion of preemption ("Our cases have identified three different types of preemption'conflict,' 'express,' and 'field,'but all of them work in the same way: Congress enacts a law that imposes restrictions or confers rights on private actors; a state law confers rights or restrictions that conflict with the federal law; and therefore, the federal law takes precedence and the state law is preempted." Id. at 1480 (emphasis added). "[E]very form of preemption is based on a federal law that regulates the conduct of private actors, not the States." Id. at 1481. 2)Generally, where some Illinois local governments have entered contracts to provide a category of services, for example information technology services, to other entities, and those contracts allow either party to voluntarily terminate the contract, can the State of Illinois by statute require the service–providing local governments to exercise their contractual right to terminate those contracts by a certain date? Electronic notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.