# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| MCHENRY COUNTY and KANKAKEE COUNTY, bodies politic and corporate, | ) ) ) |
| Plaintiffs, | ) ) Case No. 21 CV 50341 |
| v. | ) ) Judge Phillip G. Reinhard |
| KWAME RAOUL, in his official capacity as Illinois Attorney General, | ) ) Magistrate Judge Lisa A. Jensen ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that McHenry and Kankakee Counties, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the Sixth day of December, 2021.

    Respectfully submitted

    s/ George M. Hoffman
    Attorney for Plaintiffs

George M. Hoffman (ARDC No. 6180738)
Jana Blake Dickson (ARDC No. 6305741)
Assistant State's Attorneys
Patrick D. Kenneally (ARDC No. 6286573)
McHenry County State's Attorney
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, Illinois 60098
815-334-4159 (phone)
815-334-0872 (fax)
gmhoffman@mchenrycountyil.gov
jeblake@mchenrycountyil.gov

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a copy of **Notice of Appeal** was served on

Christopher G. Wells
Kathryn Hunt Muse
Alex Hemmer
Eileen Boyle Perich
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601

by electronic filing via the ECF system, before the hour of 4:00 p.m., on December 16, 2021.


                                            /s/ George M. Hoffman