# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 30, 2021

Before

DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 21-3334 | MCHENRY COUNTY and KANKAKEE COUNTY,<br>Plaintiffs - Appellants<br><br>v.<br><br>KWAME RAOUL,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:21-cv-50341<br>Northern District of Illinois, Western Division<br>District Judge Philip G. Reinhard ||

**IT IS ORDERED** that the deadline for McHenry County and Kankakee County to exercise the termination provision in their contracts to house or detain individuals for civil immigration violations, *see* 5 ILCS 805/15(g)(2), is temporarily **STAYED** until noon, Central Standard Time, on January 13, 2022.

**IT IS FURTHER ORDERED** that Attorney General Raoul shall file any response to the motion for stay by January 6, 2022, and the counties may file any reply by January 10, 2022.

**IT IS FINALLY ORDERED** that the counties shall file a supplement to their motion by January 4, 2022, that explains how many federal immigration detainees are currently housed in each of their facilities and whether any have already been moved in anticipation of the statutory requirement for termination of the counties' contracts with federal immigration authorities.

form name: c7_Order_3J     (form ID: 177)